# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Jennifer S. Botbyl**
    Plaintiff
  vs.                        CASE NUMBER: 3:16-cv-841 (WBC)

**Nancy A.Berryhill**
    Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Plaintiff's Motion for Judgment on the Pleadings is DENIED and that the Defendant's Motion for Judgment on the Pleadings is GRANTED. It is ORDERED that the Defendant's unfavorable determination is AFFIRMED and that the Plaintiff's Complaint is DISMISSED.

All of the above pursuant to the order of the Honorable Judge William B. Carter, dated the 2nd day of November, 2017.

*Lawrence K. Baerman* (signature)
Clerk of Court

DATED: November 2, 2017

                        s/ Rose Pieklik
                        Rose Pieklik
                        Deputy Clerk